IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA REITZI, individually and on behalf of all persons similarly situated,** | : : : : | Civil Action No.: 1:21-cv-01514-CCC |
| **Plaintiff,** | : : | Judge Christopher C. Connor |
| v. | : : | |
| **VANS EXPRESS, INC., and DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS,** | : : : : | |
| **Defendants.** | : : | |

**PLAINTIFF'S UNOPPOSED AND RENEWED MOTION FOR APPROVAL OF THE SETTLEMENT AGREEMENT AND <u>ADDENDUM TO THE SETTLEMENT AGREEMENT</u>**

Plaintiff Patricia Reitzi ("Plaintiff"), through her undersigned counsel, respectfully moves this Court for an Order approving the Parties' Settlement Agreement that the parties entered into and submitted to the Court on March 24, 2022, at Dkt. No. 37-2 (the "Settlement Agreement," "Settlement" or "Agreement") with modifications provided for in the Addendum to the Settlement Agreement ("Addendum"), according to the dictates of the Court's Order at Dkt. No. 39, and in support thereof state as follows:

1. On March 24, 2022, Plaintiff submitted an Unopposed Motion for Approval of FLSA Collective Action Settlement Agreement. (Dkt. No. 37.)

2. On April 19, 2022, the Court entered an Order in which the Court held that "the agreement resolves a *bona fide* dispute, . . . that it is a fair and reasonable compromise of that dispute when viewed through the prism of the applicable <u>Girsh</u> factors, . . . that the release-of-claims provision, as to the settlement collective, is narrowly drawn so as to not frustrate the objectives of the FLSA, . . .and that the proposed award of attorneys' fees and costs is reasonable." *See* Dkt. No. 39.

3. However, the Court held that the General Release provision in the Settlement Agreement applicable to the Named Plaintiff is "impermissibly overbroad, in that it purports to release *any* claims Reitzi may have against defendants, whether or not related to the instant wage-and hour litigation." *Id.*

4. The Court denied Plaintiff's Unopposed Motion for Approval of FLSA Collective Action Settlement Agreement without prejudice and instructed the parties to submit a revised settlement agreement, which addressed the issues identified in the Court's Order by May 19, 2022 or notify the Court by letter on the docket should the parties require more time or a telephonic conference with the Court. *Id.*

5. On May 19, 2022, Plaintiff filed a letter on the docket notifying the Court that the parties have reached an agreement and Plaintiff will submit a renewed motion for approval by June 2, 2022. *See* Dkt. No. 40.

6. The Parties thereafter executed the Addendum, which modifies the Settlement Agreement to remove the general release applicable to the Named

Plaintiff and related provisions to bring the Settlement Agreement in compliance with the Court's Order. A true and correct copy of the Settlement Agreement, as filed, and Addendum is attached hereto as Exhibit 1 to this Motion.

7.  Accordingly, Plaintiffs hereby submit this Unopposed and Renewed Motion for Approval of Settlement Agreement and Addendum to Settlement Agreement and respectfully request that the Court enter an Order granting approval of the Parties' Settlement Agreement and Addendum and finally dismissing this lawsuit with prejudice.

8.  Defendants do not oppose this Motion. An amended proposed Order is submitted for the Court's consideration.

Dated: June 9, 2022                                     Respectfully submitted,

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez
Alexandra K. Piazza
Reginald L. Streater
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
crodriguez@bm.net
apiazza@bm.net
rstreater@bm.net

*Attorneys for Plaintiff and
the Proposed Classes*

## **CERTIFICATE OF SERVICE**

I served a copy of this document on all counsel of record via the Court's ECF system on June 9, 2022.

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez
