IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA REITZI**, individually and on behalf of all persons similarly situated, | : CIVIL ACTION NO. 1:21-CV-1514 :<br>: (Judge Conner) |
| **Plaintiff** | : |
| v. | : |
| **VANS EXPRESS, INC., and DHL EXPRESS (USA) INC., d/b/a DHL EXPRESS,** | : |
| **Defendants** | : |

# **ORDER**

AND NOW, this 14th day of June, 2022, upon consideration of the court's order (Doc. 39) of April 19, 2022, denying plaintiff's unopposed motion (Doc. 37) for approval of the parties' settlement agreement in the above-captioned collective action on the basis that the proposed general release of claims with respect to plaintiff Patricia Reitzi was overbroad and frustrated implementation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, (see Doc. 37 at 3), and further upon consideration of plaintiff's unopposed and renewed motion (Doc. 42) for approval of the parties' revised settlement agreement, and the court determining that the agreement, as revised by the addendum thereto, appropriately limits the scope of the released claims, (see Doc. 42-1), and the court thus concluding that the revised proposed settlement agreement now furthers implementation of the FLSA and its objectives in the workplace, it is hereby ORDERED that:

    1.    Plaintiff's motion (Doc. 42) for approval of the parties' revised settlement agreement is GRANTED.

2. The revised settlement agreement (Doc. 42-1) is APPROVED.

3. For settlement purposes only, the following settlement collective is certified pursuant to 29 U.S.C. § 216(b):

    All current and former delivery drivers or couriers operating vehicles weighing less than 10,000 pounds who were paid by Vans to deliver packages pursuant to Vans' agreement with DHL in the U.S. between September 2, 2018, and January 10, 2022.

4. The service award to plaintiff Patricia Reitzi in the amount of $2,500.00 is approved.

5. Plaintiff's unopposed requests for attorneys' fees in the amount of $216,666.67 and for costs not to exceed $7,500.00 are approved.

6. CPT Group is approved as settlement administrator. Costs of the settlement administration not to exceed $10,000.00 are approved.

7. The court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the settlement agreement. There being no reason to delay entry of this final judgment, the Clerk of Court is directed to enter this final judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

8. Without affecting the finality of this final judgment in any way, the court reserves exclusive and continuing jurisdiction over this action, the named plaintiff, the certified settlement collective, and defendant for purposes of supervising implementation and enforcement of the settlement agreement, this order, and all settlement administration matters.

9. The Clerk of Court shall thereafter CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania